IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

DREAGLEN SYLVESTER DAVIS, #1271774 §

VS. § CIVIL ACTION NO. 6:08cv237

TEXAS BD. OF CRIMINAL JUSTICE, ET AL.§

ORDER OF PARTIAL DISMISSAL

Plaintiff Dreaglen Sylvester Davis, a prisoner confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation (docket entry #37) concerning the disposition of the lawsuit. The Plaintiff has filed objections (docket entry #42).

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Plaintiff may proceed with his strip search and wrongful confiscation of property claims against Executive Director Brad Livingston. It is further

**ORDERED** that all remaining claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

**So ORDERED and SIGNED this 25th day of November, 2008.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**