CLERK, U.S. DISTRICT COURT
RECEIVED
FEB 11 2009
EASTERN DISTRICT OF TEXAS

In the United States District Court for the Eastern District of Texas — Tyler Division

| | |
|---|---|
| Draeblen Sylvester Davis<br>vs.<br>The Texas Board of Criminal Justice et. al. | Civil Action No. 6:08-cv-237<br>Objection to Exhibit B, of Defendants Affidavit to Exhibit A; Plaintiff's Additional Objections/Further Objections to Main Document filed January 29, 2009. (Objections to Defendant Motion for Summary Judgment) Oral Argument Hearing is Requested/Needed. |

1. My name is Draeblen Sylvester Davis #871774, I am over the age twenty-one, of sound mind, capable of making this affidavit and the following instrument of my own free will and personally acquainted with the facts herein stated.

2. The Plaintiff comes now before this Honorable Court filing objections to Exhibit B of Defendants Affidavit to Exhibit A; and the Plaintiffs Additional Objections/Further Objections to the Main Document filed January 29, 2009. (Objections to Defendant Motion for Summary Judgment)

3. The Defendant has filed a late Affidavit for his Exhibit (TDCJ Policy) in violation of FRCP 10, 11, 16(f), 26(b), 37, 41(b), 56(e) or 28 USC § 1927.

4. Now, maybe the Defendant's attorney made a simple mistake that this Honorable Court should overlook, but that's highly unlikely. Why? Because

The Defendant's attorney is one of the best in the State of Texas, he's the Asst. Attorney General for "God" sake. I'm more than sure the State of Texas would have the very best defending and prosecuting their interests.

5. But, lets take a very close look at the Exhibit B "Affidavit." (1) The people who have signed off on this affidavit, notarized, and electronically filed this document are as follows; Karen Hall, Manager Executive Support, TDCJ (wrote this affidavit); Michelle Whitecotton, Policies/Executive Service (notarized this affidavit), Defense Counselor Christopher Champion Wikl (electronically filed this affidavit). (2) The very last sentence on the affidavit says this document was created on the 23rd. day of January 2009 A.D. But, yet the transmission is dated 1-29-09 at 9:30AM CST and filed on 1-29-2009 by Wikl, Christopher as Document Number 64. "Something is not right here."

6. Also, there is nothing in compliance to make this a legal additional attachment. Its not "asking" the court to have merely and submit any papers into the record whatsoever, the Defendant is simply forcing or demanding without consent from this Honorable Court to file this completely out of compliance paper to this Honorable Courts record.

7. This document (the Defendants Exhibit B) was simply filed "in bad faith", and the Plaintiff asks this Honorable Court to sanction the Defendant and pay the Plaintiff attorney fee's in the amount of one hundred and fifty dollars zero cent. ($150.00). I have to defend myself against any and all accusations brought against me in this suit, if I don't "it will be held against me" good or bad.

8. The Plaintiff also points out that the cause no. on the affidavit

IT SELF IS INCORRECT, THIS EXHIBIT B IS NOT SIGNED BY COUNSEL, THERE IS NO ADDRESS OR PHONE NUMBER, THIS DOCUMENT HAS BEEN BACK DATED, AND ITS NOT ASKING THIS HONORABLE COURT FOR PERMISSION TO SUBMIT THIS DOCUMENT INTO RECORD. BY LAW ALONE THESE EXHIBITS A AND B ARE SUBMITTED OUT OF COMPLIANCE/IN BAD-FAITH, THIS HONORABLE COURT IS OBLIGATED TO SANCTION THE DEFENSE TEAM FOR THIS BLATANT DISREGARD FOR LAW AND PROFESSIONALISM, AND ORDER ATTORNEY FEE'S TO BE PAID TO THE PLAINTIFF.

9/1. THE PLAINTIFF FURTHER OBJECTS TO THE DEFENDANTS SUMMARY JUDGMENT MOTION WITH MORE EVIDENCE OF LAW BY THE HONORABLE 5TH. CIR. COURT AND THE GREAT AND HONORABLE SUPREME COURT.

10/2. THE SUPREME COURT HAS STATED; A PRISONER IS NOT WHOLLY STRIPPED OF CONSTITUTIONAL PROTECTIONS WHEN HE IS IMPRISONED FOR CRIME WOLFF V. McDONNELL 418 U.S. 539, 555, 94 S.CT. 2963, 2974 (1974). IT IS NOW SETTLED LAW, THEREFORE, A PRISONER LOSES ONLY THOSE RIGHTS THAT MUST BE SACRIFICED TO SERVE "LEGITIMATE PENOLOGICAL NEEDS". NEWMAN V. ALABAMA 5-59 F.2d. 283, 286-87 (5TH CIR. 1977).

11/3. HERE IN THIS PARTICULAR CASE WE HAVE TDCJ POLICY (ADMINISTRATIVE DIRECTIVE A.D. 03.22), IN THE DEFINITIONS SECTION, THERE IS A SECTION NAMED "VISUAL/PAT SEARCH". IN THIS SECTION IT STATES, IN PERTINENT PART; "USING OPEN PALMS" ALONG THE OFFENDER'S SIDES, ARMS, LEGS, "CROTCH","GENITAL", AND BREAST AREA, INSPECTING FOR UNUSUAL OR ABNORMAL BULGES, OR LUMPS IN THE CLOTHING THAT MAY INDICATE A CONCEALED ITEM".

12/4. IF THIS POLICY SAYS TO USE "OPEN PALMS" TO RUB ALL OVER MY BODY (CROTCH AND GENITAL AREA'S, WHY ARE OFFICERS STILL ALLOWED TO TAKE MY CLOTHES OFF ON THE MAIN HALLWAYS AND PUBLIC AREAS IN PRISON, WHEN

They have not found any contraband on the inmate.

13/5. The "Fourth Amendment" mandates, searches or seizures conducted on prisoners must be reasonable under all the facts and circumstances in which they are preformed. United States of America v. Marilyn M. Gallegos 576 F.2d. 1240 (1978).

14/6. In short this policy doesn't say "WHEN" or "WHERE" to preform these searches namely "STRIP SEARCHES". It states in the policy that all searches shall be preformed in a professional manner. What is professional about "ordering" a human being to get completely naked in front of at least 50 (fifty) people or more, at anytime, in a place used by officers and none officers, sexual predetors and the like. Nothing.

15/7. Does the defendant screen potential employee's for being homosexual or Sexual perversion? You can't, but these are the people you've instructed to rub their "open palms" all over my body including my "crotch" and "genital" areas. He has also instructed these very same people to take my clothes off in front of everybody on the main hallways. There is no designated area mandate in this policy. The defendant has allowed his staff members to violate my fourth amend. rights, demoralize, degrade, and humiliate me in front of all that were present.

16/8. To further show this honorable court the wrongs done to me by the defendant Brad Livingston, the plaintiff asks if this unconstitutional strip search was done during an emergency situation, which if it were, it could have possibly be considered a legitimate "penological need".

17/9. The answer is "NO"! If it were, the defense team would have already grabbed this defense, because its a much better defense than any-

thing he has told or explained to this Honorable Court thus far. State v. Perry 29 Ohio App. 2d. 33, 278 N.E. 2d. 50, 53.

## Conclusion

The Plaintiff has shown throughout this entire case the wrongs and constitutional violations the Defendant "Brad Livingston" has done to him by writing a policy or overseeing the writing of a policy that allows his employee's to strip me completely naked on the main hallway as a display for officers, nonofficers, sexual predators in the inmate population and female officers in a non emergency situation. By the actual law he is guilty, there is no other way to look at this. There is no real justification for these action of the Defendant. If we the parties can not make a compromise and settle this matter, please allow us the parties a jury trial. The Defendant "Brad Livingston" is wrong by law and should be held accountable for his actions. As for the Defendants summary judgment motion, this motion should be dismissed as frivolous because, (1) the Plaintiff was not given a fair notice pursuant to FRCP 56, it lacks any true legal merits, (3) the exhibits were filed out of compliance to the law. The Defendants motion for summary judgment is completely frivolous and should be dismissed immediately.

## Prayer

The Plaintiff prays, this Honorable Court will sustain all objections in favor of the Plaintiff and allow this case to proceed toward trial.

Respectfully Submitted,

[signature]

DATE: FEBRUARY 6, 2009

DREAGLEN S. DAVIS
1271774 V-215B
ROUTE 1, BOX 150
TENN. COLONY, TX. 75884
903-928-2211 (006)
PRO SE LITIGANT

CERTIFICATE OF SERVICE

I, DREAGLEN SYLVESTER DAVIS 1271774, CERTIFY THAT A TRUE AND CORRECT COPY OF THIS INSTRUMENT HAS BEEN PLACED IN THE INMATE MAIL BOX FOR DELIVERY TO BE MADE BY THE UNITED STATES POSTAL SERVICE TO THE DEFENSE ATTORNEY CHRISTOPHER C. WIKE, P.O. BOX 12548, CAPITAL STATION, AUSTIN, TX. 78711-2548.

Dublin S. Davis
121774 Y-25B
Route 1, Box 150
Tenn Colony, TX, 75884

United States District
Court for the Eastern District
of Texas Tyler Division
211 W. Ferguson St,
Tyler, TX, 75701

EAST TEXAS PRDC
TX 757 ST
10 FEB 2009 PM

75702+7222 C015