IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

DREAGLEN SYLVESTER DAVIS, #1271774 §

VS. § CIVIL ACTION NO. 6:08cv237

TEXAS BD. OF CRIMINAL JUSTICE, ET AL. §

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that Defendant Livingston's motion for summary judgment (docket entry numbers 61, 64 and 70) is **GRANTED**. It is further

**ORDERED** that the complaint is **DISMISSED** with prejudice. All other motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 12th day of May, 2009.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**